THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

    Petitioner,

v.                                    Case No. 2:17-cv-272-FtM-29MRM

ADVANCED PAIN MANAGEMENT AND
SPINE SPECIALISTS OF CAPE CORAL
AND FORT MYERS,

    Respondent.
_____/

## STIPULATION OF VOLUNTARY DISMISSAL

Petitioner, United States of America, by and through its undersigned counsel, and Advanced Pain Management and Spine Specialists of Cape Coral and Fort Myers, by and through its undersigned counsel, pursuant to Fed.R.Civ.P.41(a)(1)(A)(ii), hereby stipulate to the voluntary dismissal of this Petition.

Respectfully Submitted,

| | |
|---|---|
| s/ *Nicole Hughes Waid* | MARIA CHAPA LOPEZ |
| NICOLE HUGHES WAID | United States Attorney |
| Fisher Broyles LLP | |
| Florida Bar No. 121720 | By: */s/ Kyle S. Cohen* |
| 2390 Tamiami Trail North, Suite 100 | KYLE S. COHEN |
| Naples, FL 34103 | Assistant United States Attorney |
| Telephone: (202) 570-0248 | Florida Bar No. 0829951 |
| Facsimile: (239) 236-1260 | 2110 First Street, Suite 3-137 |
| Email: Nicole.Waid@FisherBroyles.com | Fort Myers, Florida 33901 |
| | Telephone: (239) 461-2200 |
| | Facsimile: (239) 461-2219 |
| | Email: Kyle.Cohen@usdoj.gov |