UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

    Petitioner,

v.                              Case No: 2:17-cv-272-FtM-29MRM

ADVANCED PAIN MANAGEMENT AND SPINE SPECIALISTS OF CAPE CORAL AND FORT MYERS,

    Respondent.

**ORDER**

This matter comes before the Court on the parties' Stipulation of Voluntary Dismissal (Doc. #21) filed on December 20, 2018. The parties have agreed to the dismissal of the Petition, and a case is deemed dismissed upon the filing of such a stipulation. Anago Franchising, Inc. v. Shaz, LLC, 677 F.3d 1272 (11th Cir. 2012).

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Clerk is directed to terminate all previously scheduled deadlines and pending motions and close the case pursuant to the parties' stipulation.

**DONE and ORDERED** at Fort Myers, Florida, this __21st__ day of December, 2018.

JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record